UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JEFFREY L. BROWN                                CIVIL ACTION

VERSUS                                          NO: 14-240

TRINITY CATERING                                SECTION: J

### ORDER

Before the Court is Plaintiff Jeffrey Brown's Title VII Complaint **(Rec. Doc. 1)**, alleging that he was subjected to racial discrimination and retaliation by his employer, Defendant Trinity Catering. The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's *Report and Recommendation* **(Rec. Doc. 7)**, and the failure of Plaintiff to file any objections thereto, hereby approves the *Report and Recommendation* of the United States Magistrate Judge and adopts it as its opinion in this matter.

In this matter, Plaintiff moved to proceed *in forma pauperis*. The Magistrate Judge granted Plaintiff's motion, but on February 14 and 18, 2014, the notice of the granting of the motion was twice returned as undeliverable to the address that Plaintiff provided to the Court. Plaintiff has failed to notify the Court of any change in his address, which may be considered cause for dismissal for failure to prosecute when no correction to the incorrect address is made for a period of thirty-five (35)

days from the date the notice is returned to the Court. *See* EDLA Civil Local Rule 41.3.1. More than thirty-five (35) days has passed in this case, and the Court will therefore dismiss Plaintiff's complaint for failure to prosecute.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 4th day of June, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE